UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No.

WILENTA FEED, INC. and WILENTA CARTING, INC.,

       Plaintiff

v.

HELMER TORO, AMY DUKOFF TORO, THE FIRST TORO FAMILY LP, THE THIRDTORO FAMILY LP, THE FOURTH TORO FAMILY, LP, THE FIFTH TORO FAMILY, LP, THE SIXTH TORO FAMILYLP, 35 REAL ESTATE LP, GARDENOPERATION REALTY LP, GARDEN OPERATION CORP., MANHATTAN WEST SIDE LP, MANHATTAN EMPLOYEE SERVICE, INC., WESTMILL LP, WINGATE LP, CITYWIDE SERVICING GROUP, INC., JERSEY EMPLOYEE SERVICE CORP, HUDSON SALES AND MARKETING, INC., UNITED PRODUCTION SERVICE, INC., YXZ III, INC., QRS II, INC., TUV V, INC. SRQ IV, INC. ABC ENTITIES 1-100, JOHN DOES And JANE DOES 1-100.

## DISCLOSURE STATEMENT

    The undersigned counsel for Wilenta Feed, Inc. and Wilenta Carting, Inc., certifies that this party is non-governmental corporate party and that:

    ☐    This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

### OR

    ☒    This party does not have a parent corporation, nor is there any publicly held

corporation that owns 10% or more of this party's stock.

_____/s/_____  
Signature of Attorney

McLaughlin & Nardi, LLC  
Name of Firm

Maurice W. McLaughlin, Esq.  
Print Name

37 Vreeland Avenue  
Address

December 14, 2010  
Date

Totowa, NJ 07512  
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.   DNJ-CMECF-005 (5/2/08)