**George F. Surgent, Esq.**
888 Ramapo Valley Road
Mahwah, NJ 07430
(201) 825-2300 phone (201) 825-2912 fax
Attorney for Amy Dukoff-Toro

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILENTA FEED, INC., and WILENTA CARTING INC., <br><br> Plaintiffs, <br><br> v. <br><br> HELMER TORO, AMY DUKOFF TORO, THE FIRST TORO FAMILY LP, THE THIRD TORO FAMILY LP, THE FOURTH TORO FAMILY LP, THE FIFTH TORO FAMILY LP, THE SIXTH TORO FAMILY LP, 25 REAL ESTATE LP, GARDEN OPERATION REALTY LP, GARDEN OPERATION CORP., MANHATTAN WEST SIDE LP, MANHATTAN EMPLOYEE SERVICE, INC., WESTMILL LP, WINGATE LP, CITYWIDE SERVICING GROUP, INC., JERSEY EMPLOYEE SERVICE CORP, HUDSON SALES AND MARKETING, INC., UNITED PRODUCTION SERVICE, INC., YXZ III, INC, QRS II, INC., TUV V, INC., SRQ IV, INC. ABC ENTITES 1-100, JOHN DOES and JANE DOES 1-100. <br><br> Defendants. | :CIVIL ATION NO.: 10-cv-06482-SDW -MCA <br><br><br><br><br> **NOTICE OF APPEARANCE** |

2011 MAR -3  P 3: 02
U.S. DISTRICT COURT

To the Clerk of the Court and All Parties of Record:

Kindly enter my appearance in the above-captioned case for Defendant Amy Dukoff Toro

March 3, 2011

George F. Surgent, Esq.
Attorney for Defendant, Amy Dukoff Toro