**George F. Surgent, Esq.**
888 Ramapo Valley Road
Mahwah, NJ 07430
(201) 825-2300 phone (201) 825-2912 fax
Attorney for Amy Dukoff-Toro

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILENTA FEED, INC., and WILENTA CARTING INC., | CIVIL ATION NO.: 10-cv-06482-SDW -MCA |
| Plaintiffs, | |
| v. | |
| HELMER TORO, AMY DUKOFF TORO, THE FIRST TORO FAMILY LP, THE THIRD TORO FAMILY LP, THE FOURTH TORO FAMILY LP, THE FIFTH TORO FAMILY LP, THE SIXTH TORO FAMILY LP, 25 REAL ESTATE LP, GARDEN OPERATION REALTY LP, GARDEN OPERATION CORP., MANHATTAN WEST SIDE LP, MANHATTAN EMPLOYEE SERVICE, INC., WESTMILL LP, WINGATE LP, CITYWIDE SERVICING GROUP, INC., JERSEY EMPLOYEE SERVICE CORP, HUDSON SALES AND MARKETING, INC., UNITED PRODUCTION SERVICE, INC., YXZ III, INC, QRS II, INC., TUV V, INC., SRQ IV, INC. ABC ENTITES 1-100, JOHN DOES and JANE DOES 1-100. | **CERTIFICATION OF SERVICE** |
| Defendants. | |

I hereby certify that on this date, I caused the following documents to be filed, with the United States District Court for the District of New Jersey;

1. Notice of Appearance,

2. Answer and affirmative Defenses of Defendant Amy Dukoff Toro; and

3. Certification of Service.

I further certify that I caused copies of these documents to be served via the electronic filing system or by personal delivery on or before March 4, 2011, on all counsel of record;

McLaughlin & Nardi, LLC
Attorneys for Plaintiffs
Wilenta Feed, Inc., and Wilenta Carting, Inc.
37 Vreeland Avenue
Totowa, New Jersey 07512

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

March 3, 2011

_____
George F. Surgent, Esq.
Attorney for Defendant, Amy Dukoff Toro