# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT

2011 MAR 10  P 2: 40

| | |
|---|---|
| Wilenta Feed, Inc., and Wilenta Carting Inc., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| Helmer Toro, Amy Dukoff Toro, The First Toro Family LP, The Third Toro Family LP, The Fourth Toro Family LP, The Fifth Toro Family LP, The Sixth Toro Family LP, 35 Real Estate LP, Garden Operation Realty LP, Garden Operation Corp., Manhattan West Side LP, Manhattan Employee Service, Inc., Westmill LP, Wingate LP, Citywide Servicing Employee Group, Inc., Jersey Employee Service Corp., Hudson Sales and Marketing Inc., United Production Services, Inc., YXZ III, Inc., QSR II, Inc., TUV V, Inc., SRQ IV, Inc., ABC Entities 1-100, John Does and Jane Does 1-100 | : |

CIVIL ACTION NO.
2:10-cv-06482-SDW-MCA

## APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY
[Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending time within which

defendants:

> Helmer Toro, Amy Dukoff Toro, The First Toro Family LP, The Third Toro Family LP, The Fourth Toro Family LP, The Fifth Toro Family LP, The Sixth Toro Family LP, 35 Real Estate LP, Garden Operation Realty LP, Garden Operation Corp., Manhattan West Side LP, Manhattan Employee Service, Inc., Westmill LP, Wingate LP, Citywide Servicing Group, Inc., Jersey Employee Service Corp., Hudson Sales and Marketing Inc., United Production Services, Inc., YXZ III, Inc., QSR II, Inc., TUV V, Inc., SRQ IV, Inc.

may answer, move, or otherwise reply to the Complaint filed by:

> Wilenta Feed, Inc. and Wilenta Carting, Inc.

plaintiffs herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on <u>February 15, 2011 by mail</u>; and

3. Time to Answer, Move or otherwise Reply expires on <u>March 11, 2011</u>.

Attorney for Defendants
Mani Bhatia, Esq.

Law office of Frank Marciano
86 Hudson Street
Hoboken, New Jersey 07030

U.S. DISTRICT COURT
2011 MAR 10 P 2: 40

## ORDER

The above application (2:10-cv-06482-SDW-MCA) is ORDERED GRANTED extended to _____.

ORDER DATED: _____

By: _____