# The MARCIANO LAW FIRM

### ATTORNEYS AT LAW

86 Hudson Street          info@marcianolaw.com          T: 201.656.1000
Hoboken, NJ 07030

March 9, 2011

**Sent Via Hand Delivery**
Filing Clerk
Martin Luther King, Jr. Federal Building
U.S. Court House
50 Walnut Street
Newark, NJ 07101

Re: Civil Action No.
    **2:10-cv-06482-SDW-MCA**

To: Clerk,

Please find attached an application for extension of time to answer under Local Civil Rule 6.1(b); Order and a copy of the Complaint filed. As stated in the application, service of process was effected on February 15, 2011 by mail. The time to reply expires on March 11, 2011.

Our Firm will be participating in an upcoming class to become e-filed equipped. Please except our hand delivery of this application for this one time only.

Our firm was just contacted by defendants regarding the aforementioned matter. The firm requires time to review the lengthy complaint and several complex issues in this matter.

We are requesting that the 14 day extension be granted on this matter.

If you should have any questions or concerns, please do not hesitate to contact my office.

Thank you.

Very truly yours,

Mani Bhatia, Esq.

Bar ID # MB0819