# McLAUGHLIN & NARDI, LLC

MAURICE W. MCLAUGHLIN*‡
FRANK P. NARDI†°
----------
JENNIFER C. MEUSEL†+
----------
BORIS PEYZNER†
PAULINE M.K. YOUNG†

ATTORNEYS AT LAW
37 VREELAND AVENUE
TOTOWA, NEW JERSEY 07512
PHONE: (973) 890-0004
FAX:    (973) 256-3641
www.esqnj.com

*ALSO ADMITTED IN N.Y. & MASS.
†ALSO ADMITTED IN N.Y.
‡RULE 1:40 QUALIFIED MEDIATOR
°ALSO C.P.A.
+OF COUNSEL

April 4, 2011

**Via CM/ECF and facsimile (973) 297-4906**
Honorable Madeline Cox-Arleo, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *Wilenta Feed, Inc., et al. v. Toro, et al.*
     Docket 2:10-cv-06482-SDW –MCA.

Dear Judge Arleo:

  We represent the Plaintiffs.

  Two of the Defendants have filed for Chapter 11 bankruptcy protection in the Southern District of New York: (1) Garden Operation Realty Limited Partnership, docket 11-10668-shl, the Honorable Sean H. Lane, U.S.B.J., presiding; and (2) First Toro Family Limited Partnership, docket 11-11229-jmp, the Honorable James M. Peck, U.S.B.J., presiding.

  While this matter was not disclosed on these Defendants' petitions for bankruptcy protection, pursuant to the Bankruptcy Code proceedings against these two defendants should automatically be stayed. However, proceedings against all of the other defendants should proceed.

  Thank you for your consideration.

          Respectfully yours,

          Maurice W. McLaughlin

MWM:gc

cc: Honorable Sean H. Lane, U.S.B.J. - via facsimile
   Honorable James M. Peck, U.S.B.J. - via facsimile
   All counsel on attached Counsel List - via facsimile

# SERVICE LIST

Brian Confino, Esq.
H&H Bagels
35 UPS Drive
Secaucus, NJ 07094
**In-house counsel for all business entity defendants**
(212) 765-7200
(646) 961-4755 (fax)

Hector Gonzales, Esq.
152 W. 36th Street
Suite 202
New York, NY 10018
**Litigation counsel for Defendant Helmer Toro**
(212) 465-1500
(212) 244-5440 (fax)

Ismael Gonzalez, Esq.
Law Office of Ismael Gonzalez, P.C.
152 West 36th Street
Suite 202
New York, NY 10018
**Bankruptcy counsel for First Toro Family Limited Partnership**
(212) 465-1500
(212) 244-5440 (fax)

Randy M. Kornfeld, Esq.
Kornfeld & Associates, P.C.
570 Lexington Avenue
17th Floor
New York, NY 10022
**Bankruptcy counsel for Garden Operation Realty Limited Partnership**
(212) 759-6767
(212) 759-6766 (fax)

George F Surgent, Esq.
888 Ramapo Valley Road
Mahwah, NJ 07430-0863
**Litigation counsel for Defendant Amy Dukoff Toro**
(201) 825-2300
(201) 825-2912 (fax)

Mani Bhatia, Esq.
86 Hudson Street
Hoboken, New Jersey 07030
**Litigation counsel for all business entity defendants**
(201) 656.1000
(201) 963.1140 (fax)