# LAW OFFICE OF CHRIS MILLS PC

| | |
|---|---|
| 116 West 23rd Street Suite 5-87<br>New York, New York 10011 | 649 Newark Avenue<br>Jersey City, NJ 07306 |
| Telephone - (212) 851-8416<br>Fax - (212) 504-8229<br>Email: chrismillsesq@gmail.com | Telephone-(201) 882-9613 |

Please send all correspondence to New York office

November 10, 2011

**VIA Electronic Filing and Regular Mail**
Honorable Madeline Cox-Arleo, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07102

RE: Wilenta Feed et. Al. v. Toro et. al. 2:10-cv-06482-SDW-MCA

Dear Judge Arleo:

We are not able to have the mediation scheduled for November 14, 2011 take place due to the required presence of my client Helmer Toro at a state court proceeding that cannot be adjourned. I have communicated this to both the mediator Judge Wolfson and the counsel for the other parties. We are currently trying to agree to an adjournment date that is convenient for all the parties but as yet have not been able to do so. Tomorrow, the Court will be closed in observance of Veterans Day.

A conference to report the results of the mediation session to the Court had been scheduled for November 15, 2011. Since the mediation session will not take place as scheduled it is requested that the conference be adjourned to follow the new date. I will inform the Court as soon as we have agreed on the new mediation date in order that a new conference date can be set.

Thank you for your courtesies.

Respectfully submitted,
/s/ Chris Mills

Chris Mills, Esq.

cc: Boris Peyzner, Esq. (Via Electronic Filing and Regular Mail)
    George Surgent, Esq. (Via Electronic Filing and Regular Mail)
    Michael Cifelli, Esq. (Via Electronic Filing and Regular Mail)

*[Handwritten note: So ordered. Tel conf rescheduled for Jan 25 at 4:30pm. M Cx Arleo]*